UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE

GROUP A AUTOSPORTS, INC.,

           Plaintiff,

    v.

MATTHEW HOLTZBERG et al.,

           Defendants.

CASE NO. EDCV 08-00215-RJB

ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal of the Entire Action (Dkt. 100), this case is DISMISSED with prejudice.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 1st day of June, 2011.

ROBERT J. BRYAN
United States District Judge